NO. 01-14-00651-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/3/2015 9:11:02 AM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
HOUSTON DIVISION

IRMA K. ORTEGA,

Appellant,

v.

ERNEST DIXON MURRAH, D/B/A MURRAH PROPERTIES,

Appellee.

On Appeal from the 234th Judicial District Court
Of Harris County, Texas
Trial Court Cause No. 2013-17308

TAB 1

**REPLY BRIEF OF APPELLANT, IRMA K. ORTEGA**

# REAL ESTATE LEASE

This Lease Agreement (this "Lease") is made effective as of July 1, 2011 by and between Ernest D. Murrah (herein after referred to as "Landlord") and Javier and ~~Dina~~ Resendez (herein after referred to as "Tenant"). The parties agree as follows: *IRMA K.*

    1. **Premises.** Landlord, in consideration of the lease payments provided in this Agreement, leases to Tenant a single family dwelling (the "Premises") located at 3807 Ramsey Dr., Pasadena, TX 77503. The Premises include a refrigerator and gas stove in the kitchen.

    2. **Term.** The lease term shall commence on July 1, 2011 and shall terminate on June 30, 2012.

    3. **Lease Payments.** Tenant shall pay to Landlord monthly lease payments of $ 850.00, payable in advance, on the first (1st) day of each month. Such payments shall be made to the Landlord **at 5813 Mavis Lane, Pasadena, Texas 77505** as may be changed from time to time by Landlord.

    4. **Late Payments.** Tenant shall also pay <u>a late charge of $ 50.00</u> for each payment that is not paid <u>*on or before the due date.*</u> There is <u>*no*</u> grace period.

    5. **Security Deposit.** Tenant shall pay a $ 850.00 security deposit which is refundable within 30 days after tenant vacates premises provided tenant has satisfied all terms of lease including leaving premises in spotlessly clean condition and in good repair. Texas law does <u>not</u> allow security deposit to be used as part of the last month's rent. *<u>All nail/screw holes placed by tenant in walls and etc. must be patched/repaired prior to refund of security deposit and all keys must be returned.</u>*

    6. **Possession.** Tenant shall be entitled to possession on the first day of the term of this Lease, and shall yield possession to Landlord on the last day of the term of this Lease, unless otherwise agreed by both parties in writing <u>or as provided by law</u>.

    7. **Use of Premises/Absences.** Tenant shall occupy and use the Premises as a single family dwelling unit. Tenant shall notify Landlord of any anticipated extended absence from the Premises not later than the first day of the extended absence.

    8. **Maintenance by Tenant.** Tenant shall

        a. Comply with all obligations primarily imposed upon tenants by applicable provisions of building and housing codes that materially affect health and safety.

        b. Keep the premises as clean as the condition of the Premises permits.

        c. Dispose of all ashes, rubbish, garbage, and waste in a clean and safe manner.

        d. Keep all plumbing fixtures in the Premises as clean as its condition permits.

        e. Use all electrical, plumbing, sanitary, heating, ventilating, air-conditioning and other facilities and appliances, in the Premises in a reasonable manner.

        f. Not deliberately or negligently destroy, deface, damage, impair or remove a part of the Premises, or knowingly permit any other person to do so.

        g. Not act in a manner that is illegal or which will disturb any neighbor's peaceful enjoyment of nearby premises.

        h. Maintain yard (including cutting, trimming, and watering grass, shrubs, and plants) at least as well as neighbors with nearby premises. *This includes and*

**EXHIBIT A**

*means that no vehicles are to be parked on the grass. Parking a vehicle on the grass ia against Pasadena city code and will result in an immediate increase in the monthly rent of $25.00.*

i. Maintain <u>refrigerator and stove</u> in proper manner. This includes keeping them clean and serviced. (Landlord furnishes the stove and refrigerator in this property}

9. **Access by Landlord to Premises.** Subject to Tenant's consent (which shall not be unreasonably withheld), Landlord shall have the right to enter the Premises to make inspections, repairs, provide necessary services, or show the unit to prospective buyers, mortgagees, tenants or workmen. As provided by law, in the case of an emergency, Landlord may enter the Premises without Tenant's consent. *Tenant agrees to allow landlord make a "walk-through" inspection of the premises at least once each six months.*

10. **Utilities and Services.** <u>Tenant shall be responsible for all utilities</u> and services in connection with the Premises.

11. **Property Insurance.** Landlord and Tenant shall <u>each</u> be responsible to maintain appropriate insurance <u>for their respective interests</u> in the Premises and property located on the Premises.

12. **Dangerous Materials.** Tenant shall not keep or have on the Premises any article or thing of a dangerous, inflammable, or explosive character that might substantially increase the danger of fire on the Premises, or that might be considered hazardous by a responsible insurance company, unless the prior written consent of Landlord is obtained and proof of adequate insurance protection is provided by Tenant to Landlord.

13. **Defaults.** If Tenant fails to pay a required lease payment within three days after written notice by Landlord of (1) the nonpayment and (2) the Landlord's intent to terminate this Lease if payment is not made within the three day period, then Landlord may terminate this Lease. Violation of any provision of this Lease by Tenant shall result in termination of Lease and forfeiture to Landlord of all deposits made by Tenant.

14. **Present and Continuing Habitability.** Tenant has inspected the Premises and fixtures (or has had the premises inspected on behalf of Tenant), and acknowledges that the Premises are in a reasonable and acceptable condition of habitability for their intended use, and the agreed lease payments are fair and reasonable. If the condition changes so that, in Tenant's opinion, the habitability and rental value of the Premises are adversely affected, Tenant shall promptly provide reasonable notice to Landlord.

15. **Pets or Animals.** <u>Tenant shall not keep, nor have, any animals or pets</u> on the Premises without obtaining the <u>prior written consent</u> of the Landlord. <u>Keeping pets will result in an immediate increase in monthly rent of at least $25.00 per pet and will require a non-refundable pet deposit of at least $250.00.</u>

16. **Cumulative Rights.** The rights of the parties under this Lease are cumulative, and shall not be construed as exclusive unless otherwise required by law.

17. **Assignability/Subletting.** Tenant may not assign or sublease any interest in the Premises.

18. **Termination Upon Sale of Premises.** Notwithstanding any other provision of this Lease, Landlord may terminate this Lease upon 30 days written notice to Tenant that the Premises have been sold.

19. **Notice.** Notices under this Lease shall not be deemed valid unless given or served in writing and forwarded by mail, postage prepaid, addressed as follows:



Landlord: Ernest D. Murrah
5813 Mavis Lane
Pasadena, TX 77505

Tenant: Javier and Dina Resendez
3807 Ramsey Dr.
Pasadena, Texas 77503

Such address may be changed from time to time by either party by providing notice as set forth above.

20. Tenant agrees to replace the air conditioner filter with a new one at least once each calendar month. Failure to do so will result in loss of total security deposit and/or payment of all air conditioner service calls.

21. Entire Agreement/Amendment. This Lease Agreement contains the entire agreement of the parties and there are no other promises or conditions in any other agreement whether oral or written. This Lease may be modified or amended in writing, if the writing is signed by the party obligated under the amendment.

22. Severability. If any portion of this Lease shall be held to be invalid or unenforceable for any reason, the remaining provisions shall continue to be valid and enforceable. If a court finds that any provision of this Lease is invalid or unenforceable, but that by limiting such provision it would become valid and enforceable, then such provision shall be deemed to be written, construed, and enforced as so limited.

23. Tenant hereby grants unto the Landlord a lien on all personal property placed in or on said premises whether exempt from forced sale or not, said lien being in addition to the Landlord's Lien provided by the laws of Texas to secure all rents which may be due the Landlord hereunder and for damages and other obligations which shall have accrued in favor of Landlord at the time of the expiration of this lease as herein provided. Landlord shall have the right and privilege of enforcing the lien without being liable for prosecution or damages therefor.

24. Waiver. Tenant waives all rights under the Civil Code of Texas and releases the Landlord from any and all damages which may be sustained by Tenant during possession by Tenant.

25. Repairs. Tenant will promptly pay for all plumbing, electrical, air conditioner, appliance and other type repairs, resulting from abuse, neglect, and/or ignorance.

26. Legal Fees. Tenant will promptly pay all costs, including Landlord's attorney's fees, in connection with any and all legal action that Landlord may be forced to bring against Tenant to collect said rents, damages, and/or eviction.

27. Tenant agrees and warrants that the one signing this Lease for Tenant has the authority to sign for, and commit, all Tenants. The parties hereby make this Lease Agreement effective by signing as shown below.

28. Lead-based paint hazards - Tenant affirms receipt of EPA's lead hazard pamphlet, "Protect Your Family From Lead in Your Home." Landlord has no knowledge of any lead-based paint hazards in the property. Lead Warning Statement - Every purchaser of any interest in residential real property on which a residential dwelling was built prior to 1978 is notified that

such property may present exposure to lead from lead-based paint that may place young children at risk of developing lead poisoning. Lead poisoning in young children may produce permanent neurological damage, including learning disabilities, reduced intelligent quotient, behavioral problems, and impaired memory. Lead poisoning also poses a particular risk to pregnant women. The seller of any interest in residential property is required to provide the buyer with any information on lead-based paint hazards from risk assessments or inspections in the seller's possession and notify the buyer of any known lead-based paint hazards. A risk assessment or inspection for possible lead-based paint hazards is recommended prior to purchase.

29. **Tenant** was given __2__ keys which are to be returned upon termination of lease. *Tenant agrees to pay a daily prorata rent each day after termination of lease until all keys are returned. Failure to return all keys will result in forfeit of security deposit.*

LANDLORD :

TENANT:

(Rev. June 30, 2011)